In the Matter of the Application of the People of the State of New York, by James A. Beha, as Superintendent of Insurance of the State of New York, Respondent.

Second Russian Insurance Company, Appellant.

*Insurance — corporations — order directing liquidation of insurance corporation — appeal therefrom to Appellate Division improperly dismissed.*

*Matter of People (Second Russ. Ins. Co.),* 214 App. Div. 778, reversed.

(Argued November 23, 1925; decided December 8, 1925.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1925, which dismissed an appeal from an order of Special Term directing the liquidation of the Second Russian Insurance Company under and pursuant to the provisions of section 63 of the Insurance Law. Also motion to dismiss such appeal.

*Wendell P. Barker* and *William H. Harding* for appellant.

*Albert Ottinger,* Attorney-General (*Clarence C. Fowler* and *Joseph C. H. Flynn* of counsel), for respondent.

*David Rumsey* and *Louis J. Wolff* for Fred S. James & Co., et al., intervenors.

*B. F. Sturgis, Milton B. Ignatius* and *Hartwell Cabell* for John F. Murphy, intervenor.

*Per Curiam.* Motion to dismiss appeal denied, with costs. The order dismissing the appeal should be reversed, with costs, and the case remitted to the Appellate Division to pass on the merits.

The stay pending appeal to this court falls. The case having been remitted to the Appellate Division, the application for payments to the North Star Insurance Company and the Reinsurance Company, Salamandra, and others must be made to the Supreme Court.

HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ., concur.

Order reversed, etc.